# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Northrop Grumman Corporation ) ASBCA No. 60735
)
Under Contract No. FA8810-09-C-0001 )

APPEARANCE FOR THE APPELLANT: Stephen J. McBrady, Esq.
    Crowell & Moring LLP
    Washington, DC

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
    DCMA Chief Trial Attorney
    Carol L. Matsunaga, Esq.
    Senior Trial Attorney
    Defense Contract Management Agency
    Carson, CA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: June 26, 2018

JOHN J. THRASER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60735, Appeal of Northrop Grumman Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals